EXHIBIT A

| # | Provider | Patient | Date of Service | Amount Billed | Amount Paid | Amount Owed |
|---|---|---|---|---|---|---|
| 1 | Beth Israel Medical Center | H.M. | 8/23/2014 | $24,000.00 | $15,000.00 | $9,000.00 |
| 2 | Hoboken University Medical Center | M.C. | 9/29/2014 | $47,500.00 | $1,765.04 | $45,734.96 |
| 3 | Patient Care Associates, LLC | S.B. | 10/22/2014 | $229,000.00 | $21,359.95 | $207,640.05 |
| 4 | Patient Care Associates, LLC | R.G. | 12/23/2014 | $41,000.00 | $10,895.70 | $30,104.30 |
| 5 | Bayonne Medical Center | R.D. | 12/27/2014 | $36,000.00 | $18,000.00 | $18,000.00 |
| 6 | Hoboken University Medical Center | C.C. | 1/19/2015 | $83,000.00 | $38,838.25 | $44,161.75 |
| 7 | St. Luke's - Roosevelt Hospital | D.M. | 4/28/2015 | $101,000.00 | $8,363.00 | $92,637.00 |
| 8 | Palisade Medical Center | H.M. | 4/30/2015 | $21,000.00 | $289.50 | $20,710.50 |
| 9 | St. Luke's - Roosevelt Hospital | D.M. | 5/5/2015 | $81,000.00 | $6,266.63 | $74,733.37 |
| 10 | Patient Care Associates, LLC | E.F. | 5/7/2015 | $112,000.00 | $22,797.47 | $89,202.53 |
| 11 | Liberty Ambulatory Surgery Center | K.J. | 5/11/2015 | $121,000.00 | $30,000.00 | $91,000.00 |
| 12 | Liberty Ambulatory Surgery Center | A.A. | 6/3/2015 | $56,500.00 | $14,722.25 | $41,777.75 |
| 13 | Liberty Ambulatory Surgery Center | J.B. | 6/17/2015 | $177,000.00 | $28,945.21 | $148,054.79 |
| 14 | Liberty Ambulatory Surgery Center | E.B. | 7/8/2015 | $188,000.00 | $0.00 | $188,000.00 |
| 15 | Liberty Ambulatory Surgery Center | R.C. | 7/23/2015 | $71,000.00 | $12,389.00 | $58,611.00 |
| 16 | Patient Care Associates, LLC | B.N. | 7/27/2015 | $199,000.00 | $34,960.87 | $164,039.13 |
| 17 | Patient Care Associates, LLC | J.G. | 8/12/2015 | $41,000.00 | $3,435.95 | $37,564.05 |
| 18 | Liberty Ambulatory Surgery Center | S.B. | 8/14/2015 | $108,500.00 | $6,047.60 | $102,452.40 |
| 19 | Liberty Ambulatory Surgery Center | M.P. | 10/29/2015 | $99,000.00 | $8,456.00 | $90,544.00 |
| 20 | Liberty Ambulatory Surgery Center | S.S. | 10/29/2015 | $67,500.00 | $7,674.14 | $59,825.83 |
| 21 | Patient Care Associates, LLC | H.B. | 12/2/2015 | $16,500.00 | $382.58 | $16,117.42 |
| 22 | St. Barnabas Medical Center | L.P. | 12/11/2015 | $68,500.00 | $3,239.50 | $65,260.50 |
| 23 | St. Barnabas Medical Center | J.B. | 2/3/2016 | $100,000.00 | $32,768.41 | $67,231.59 |
| 24 | Liberty Ambulatory Surgery Center | T.B. | 3/10/2016 | $102,500.00 | $17,235.00 | $85,265.00 |
| 25 | St. Barnabas Medical Center | T.D. | 3/11/2016 | $180,000.00 | $24,119.71 | $155,880.29 |
| 26 | Pleasantdale Ambulatory Care | M.W. | 4/22/2016 | $141,000.00 | $18,674.00 | $122,326.00 |
| 27 | Pleasantdale Ambulatory Care | C.R. | 5/17/2016 | $89,000.00 | $21,381.38 | $67,618.62 |
| 28 | Liberty Ambulatory Surgery Center | D.M. | 5/19/2016 | $141,000.00 | $25,400.00 | $115,600.00 |
| 29 | Patient Care Associates, LLC | R.S. | 6/17/2016 | $69,000.00 | $32,117.78 | $36,882.22 |
| 30 | Liberty Ambulatory Surgery Center | N.V. | 6/24/2016 | $40,000.00 | $312.15 | $39,687.85 |
| 31 | Pleasantdale Ambulatory Care | J.M. | 7/8/2016 | $125,313.90 | $25,065.60 | $100,248.30 |
| 32 | Liberty Ambulatory Surgery Center | A.B. | 7/12/2016 | $40,000.00 | $3,552.27 | $36,447.73 |

EXHIBIT A

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | Manhattan Surgery Center | K.R. | 7/26/2016 | $44,000.00 | $0.00 | $44,000.00 |
| 34 | St. Barnabas Medical Center | D.S. | 8/19/2016 | $133,000.00 | $24,596.40 | $108,403.60 |
| 35 | Hackensack University Medical Center | I.K. | 9/26/2016 | $101,772.38 | $37,610.43 | $64,161.95 |
| 36 | Hackensack University Medical Center | D.S. | 11/18/2016 | $192,000.00 | $17,591.50 | $174,408.50 |
| 37 | Manhattan Surgery Center | R.D. | 4/25/2017 | $41,000.00 | $13,460.20 | $27,539.80 |
| 38 | St. Barnabas Medical Center | T.D. | 5/12/2017 | $180,000.00 | $36,702.72 | $143,297.28 |
| | | | **TOTAL** | $3,708,586.28 | $624,416.19 | **$3,084,170.06** |